UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES JAMES GRAPSKI

Plaintiff,

vs. CASE NO.

SADIE DARNELL, as SHERIFF OF ALACHUA COUNTY, FLORIDA, BRENDA SPENCER, and LEE JACKSON,

Defendants.

_______________________________/

**NOTICE OF REMOVAL**

To the Judges of The United States District Court for the Northern District of Florida, Gainesville Division, the Defendants SADIE DARNELL, in her official capacity as Sheriff of Alachua County, Florida, and BRENDA SPENCER and LEE JACKSON, in their individual capacities, each by and through undersigned counsel, state:

1. On August 15, 2011, an action was commenced against the Defendants in the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida. By the filing of Complaint, a copy of which is attached hereto. On December 6 and 7, 2011 Service of Summons and the complaint was accomplished upon the Defendants. (Copy attached). Also attached is a copy of the docket sheet from the Clerk of the Court for Alachua County.

2. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343 and is one which may be removed to this Court by the Defendants therein, pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1443

in that the Plaintiff has alleged that the Defendants have violated constitutional rights enjoyed by the Plaintiff pursuant to a federal law, specifically 42 U.S.C. § 1983. More specifically, it is alleged therein that Defendants violated constitutional rights made enforceable through 42 U.S.C. § 1983, presumably under the Fourth and Fourteenth Amendments to the United States Constitution.

3. Pursuant to Local Rule 7.2 of the Rules for the Northern District of Florida, Defendants file with this Notice of Removal, true and legible copies of all process, pleadings, order, and other papers or exhibits of every kind on file in the state court as of the date of this Notice of Removal.

**WHEREFORE,** Defendants pray that the above action now pending against them in the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida, be removed therefrom to this Court.

Respectfully submitted,

**KEITH C. TISCHLER**
Fla. Bar No. 0334081
***JOLLY & PETERSON, P.A.***
Post Office Box 37400
Tallahassee, Florida 32315
Tel: (850) 422-0282
Fax: (850) 422-1913

*Attorney for Defendants Darnell, Spencer and Jackson*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to by U.S. Certified Mail to James H. Sullivan, III, 204 West University Avenue, #10, Gainesville, FL 32601, this 22 day of December, 2011.

**KEITH C. TISCHLER**