UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES JAMES GRAPSKI,

    Plaintiff,

v.                                Case No. 1:11-cv-00276-SPM-GRJ

SADIE DARNEL, AS SHERIFF OF
ALACHUA COUNTY, FLORIDA,
BRENDA SPENCER, AND
LEE JACKSON,

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court upon the motions to withdraw as Plaintiff's counsel (docs. 17, 22 and 23).  Counsel needs to provide the Court with Plaintiff's address for service of future papers, before the motion to withdraw can be granted.

DONE AND ORDERED this 13th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge