UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES JAMES GRAPSKI,

    Plaintiff,

v.                                  Case No. 1:11-cv-00276-SPM-GRJ

SADIE DARNEL, as Sheriff of
Alachua County, Florida,
BRENDA SPENCER, AND
LEE JACKSON,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

This cause comes before the Court on the Fourth Motion to Withdraw as Plaintiff's Counsel (doc. 28). Counsel states that sufficient disagreements have arisen between him and Plaintiff to merit withdrawal. Counsel indicates that he has provided at least ten days' notice to all parties as required by Local Rule 11.1(F), and has provided the Court with his client's address for service of future papers. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Fourth Motion to Withdraw as Plaintiff's Counsel is **granted**.

2. Attorney James H. Sullivan III is relieved of further responsibility as counsel for Plaintiff in this case.

3. The clerk shall send a copy of this order to Plaintiff Charles James Grapski, 116 Zacallo Way, Kissimmee, Florida, 34743, by regular mail and certified mail with return-receipt requested. The clerk shall also email a copy of this order to Plaintiff at cjgrapski@gmail.com.

4. On or before April 23, 2012, Plaintiff Charles James Grapski shall respond to this order by (1) filing a notice of appearance by his new lawyer, (2) filing a request for more time to find a new lawyer along with an explanation of why additional time is needed, or (3) filing a written notice stating that he will proceed *pro se*, that is, to represent himself in this case. If Plaintiff fails to file a response as ordered by April 23, 2012, this case will be dismissed without prejudice for failure to prosecute and failure to comply with a court order.

5. The deadline for Plaintiff to respond to the motions to dismiss (docs. 18 and 27), to file a reply to the answers (docs. 19 and 20) and to file a response to the counterclaim (doc. 20) is extended until April 30, 2012.

DONE AND ORDERED this 20th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge